

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00367-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gabriela **ROCHA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19451
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the trial court's order denying the City of San Antonio's plea to the jurisdiction is REVERSED, and judgment is RENDERED granting the plea to the jurisdiction and dismissing for lack of subject-matter jurisdiction Gabriela Rocha's claims against the City of San Antonio. It is ORDERED that Appellant City of San Antonio recover its costs on appeal from Appellee Gabriela Rocha.

SIGNED December 12, 2018.

_____
Karen Angelini, Justice